**UNITED STATES DISTRICT COURT**

**DISTRICT OF MONTANA**

**BILLINGS DIVISION**

| | | |
|---|---|---|
| WENDELL JAMES, | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 08-88-BLG-RFC-CSO |
| | ) | |
| HIGH TECH CONSTRUCTION and and SCOTT J. CARTIER, | ) ) | |
| | ) | |
| Defendants. | ) | |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

Dated this 30th day of September, 2008.


PATRICK E. DUFFY, CLERK

By: /s/ A.S. Goodwin
Deputy Clerk